United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-40507
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARMEN NOEL FUENTES,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-CR-789-1
--------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

Carmen Noel Fuentes appeals his sentence for his guilty-plea conviction for illegal reentry into the country after having been deported following an aggravated felony conviction. See 8 U.S.C. § 1326(b)(2). For the first time on appeal, he argues that § 1326(b)(2) is unconstitutional in light of Apprendi v. New Jersey, 530 U.S. 466 (2000).

As conceded by Fuentes, his challenge to the constitutionality of 8 U.S.C. § 1326(b)(2) is foreclosed by

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998), which was not overruled by Apprendi.  See United States v. Dabeit, 231 F.3d 979, 984 (5th Cir. 2000).  Moreover, the indictment specifically charged that Fuentes had previously been convicted of an aggravated felony.

AFFIRMED.